IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| LOVEVEL LOVELACE | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:11cv0077 SWW |
| | * | |
| | * | |
| | * | |
| AMERICAN NATIONAL PROPERTY | * | |
| AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 7th day of July 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE